**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASSANDRA A. NEALY,

       Plaintiff,

v.                                                    Case No:   6:24-cv-1498-CEM-LHP

KEVIN VILCHES,

       Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR MEDIATION (Doc. No. 9)
>
> **FILED:** September 23, 2024
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

The motion fails to comply with Local Rule 3.01(a).  *See* Local Rule 3.01(a) ("A motion must include — in a single document no longer than twenty-five pages inclusive of all parts — a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the

request."). *Pro se* litigants must still comply with all applicable rules and procedures. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.").

In addition, Plaintiff has not paid the filing fee, her motion to proceed *in forma pauperis* remains pending before the Court, and Defendant has not yet been served in this action, making Plaintiff's requested relief premature. Plaintiff may reassert her motion should the matter proceed.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties