UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CASSANDRA A. NEALY,**

**Plaintiff,**

v.                                                    **Case No.  6:24-cv-1498-CEM-LHP**

**KEVIN VILCHES,**

**Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 12), recommending that the Motion be denied, the Complaint (Doc. 1) be dismissed without prejudice, and Plaintiff be given the opportunity to file an Amended Complaint. Plaintiff filed an Objection (Doc. 14) and an Amended Complaint (Doc. 13).

In her Objection, Plaintiff objects to dismissal of her Complaint, but she does not reference any specific part of the Report and Recommendation. The Court agrees with the analysis in the Report and Recommendation. Therefore, after review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the

Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and made a part of this Order.

2. The Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. Plaintiff's Amended Complaint (Doc. 13) is accepted as timely filed.

5. **On or before December 2, 2024**, Plaintiff shall file a renewed motion to proceed *in forma pauperis* or pay the filing fee. Failure to do so will result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party